# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
HERBERT J SHARFENAKER SR  
DEBORAH A SHARFENAKER  
3952 LYNWARD RD  
COLUMBUS, OH  43228

Case No:   05-58426

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-0934  
XXX-XX-3037

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 21, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| AMERICAN EXPRESS TAX & BUS SVC<br>1001 LAKESIDE AVE E STE 1400<br>CLEVELAND, OH  441141152 | 5.00 |